CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq,. SBN 279451
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br> Plaintiff, <br> v. <br> **Edinger HQ, LLC**, a California Limited Liability Company; and Does 1-10, <br> Defendants. | **Case No**. 8:19-cv-00080-JVS-KES <br><br> **Declaration in Response to Order to Show Cause** |

**ELLIOTT MONTGOMERY DECLARES:**

1. I am licensed to practice law in the State of California and before this Court. I am an attorney for Plaintiff Rafael Arroyo, Jr., and, in that capacity, am familiar with the contents herein and if called and duly sworn, could competently testify to them.

2. A continued Scheduling Conference was set in this case for June 24, 2019, after Defendant failed to appear at the previous Scheduling Conference.

3. I failed to appear at that Scheduling Conference.

4. My failure to appear at the Scheduling Conference was inadvertent and unintentional.

5. I deeply regret my failure to appear on June 24, and apologize for wasting this Court's time, as well as the time of Defense Counsel.

6. This is the first time I have failed to appear before this Court.

7. I had confirmed with the Court at the previous Scheduling Conference that I was available to appear on June 24, 2019. I then placed the June 24 Scheduling Conference on my calendar, and my office was informed that I would appear.

8. I was present at the Ronald Reagan Courthouse on June 24, and appeared for Scheduling Conferences in two other matters before another Court that same morning.

9. After finishing my appearances before another Court on June 24, I completely and totally forgot about the Scheduling Conference in this case and began driving back to my office.

10. It was only after I had been on the road for approximately 30 minutes that I received a call from my office asking where I was, as I was supposed to have appeared at the Scheduling Conference in this case.

11. I asked my office to inform the Deputy Clerk that I had left but would turn around and return to Court for the appearance, but that I was far enough away that it could be as much as an hour before I could make it back. Shortly thereafter, the present OSC was issued.

12. I respectfully request that this Court dismiss the Order to Show Cause as my failure to appear was inadvertent and will not occur again.

13. I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June 26, 2019                    CENTER FOR DISABILITY ACCESS

                                        By: /s/ Elliott Montgomery
                                        Elliott Montgomery
                                        Attorneys for Plaintiff