CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq. SBN 171771
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL ARROYO, JR** | **Case No.** 8:19-CV-00080-JVS-KES |
| | **Notice of Change of Address for Plaintiff's Counsel** |
| Plaintiff, | |
| v. | |
| **EDINGER HQ, LLC**, a California Limited Liability Company and DOES 1 through 10, inclusive | |
| Defendants. | |

Declaration of Handy                          8:19-CV-00080-JVS-KES

1  Please be aware that the Center for Disability Access is moving from 9845
2  Erma Road, Ste 300, San Diego, CA 92131 to 8033 Linda Vista Road,
3  Suite 200, San Diego, CA 92111. Although the move will be done in
4  phases over many months, mail should be sent to the new address. All
5  other information, including phone numbers remain the same.
6
7  Dated: August 23, 2019          CENTER FOR DISABILITY ACCESS
8                                       /s/ Russell Handy
9                                  By:_____
10                                 Russell Handy, Esq.
11                                 Attorneys for Plaintiff
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2