JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Edinger HQ, LLC et al., <br><br> Defendant(s). | 8:19-cv-00080-JVS-KES <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 75 days, to reopen the action if settlement is not consummated.

DATED: January 29, 2020

_____
James V. Selna
United States District Judge